SEP - 2 2008

MB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. SHARLEEN KAY GROSS, Defendant. | Criminal Case No. 08CR 2942-BEN<br>I N F O R M A T I O N<br>Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The United States Attorney charges:

On or about August 16, 2008, within the Southern District of California, defendant SHARLEEN KAY GROSS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Martin Vazquez-Alvarez, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 8/29/2008.

KAREN P. HEWITT
United States Attorney

Dominic Kardum For

HAROLD W. CHUN
Assistant U.S. Attorney

HWC:mg:San Diego
8/20/08